

Sergei Lemberg, Esq. (Admitted in NY, MA, CT) – Principal
Jody B. Burton, Esq. (Admitted in CT, PA, DC)
Stephen Taylor, Esq. (Admitted in NY, CT)
Vlad Hirnyk, Esq. (Admitted in NY, CT)
Jenny DeFrancisco, Esq. (Admitted in NY, CT)
Alex Hornat, Esq. (Admitted in NY, MA, CT)
**Of Counsel**
Trinette G. Kent, Esq. (Admitted in AZ, CA)
Sofia Balile, Esq. (Admitted in NY, NJ)
Amy L. Cueller, Esq. (Admitted in IN, WI)
Ruth M. Allen, Esq. (Admitted in NC)
Brian J. Headley, Esq. (Admitted in SC, WV)
Curtis R. Hussey, Esq. (AL, MS, UT)

July 28, 2015

**VIA ECF**
Honorable Michael A. Hammer
Martin Luther King, Jr. U.S. Courthouse and Federal Building
50 Walnut Street, Room 4015
Newark, NJ 07101

  *Re: Nyby v. Convergent Outsourcing, Inc.; Case No.: 2:15-cv-00886-ES-MAH*

Dear Judge Hammer,

  I represent the Plaintiff in the above captioned matter. Your Honor has docketed a scheduling conference for August 26, 2015 at 02:00 p.m. in Newark, New Jersey. I am asking for an adjournment due to a scheduling conflict. I obtained consent from opposing counsel. Both parties are available on September 3rd, 2015. My sincere apologies.

  Thank you for your time and attention to the above.

            Very truly yours,

            LEMBERG LAW, LLC


            */s/ Sofia Balile*
            Sofia Balile


Cc: Ronald A. Giller, Esq. (via ECF)

Main Office 1100 Summer Street, Stamford CT 06905   T 203.653.2250   F 203.653.3424   www.lemberglaw.com